IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00867-ZLW

MYRON CARTER, In Pro Per,

                Plaintiff,

v.

JOE ORTIZ, Director Colorado Department of Corrections,
GAGONDEEP SINGH, Chief Physician Sterling Corrections Medical Clinic,
JUDY BULLARD, Team Leader of the Sterling Corrections Medical Clinic,
TAMMI ANDING, Registered Nurse Sterling Corrections Medical Clinic,
CHARMAINE FREYES, Registered Nurse Sterling Corrections Medical Clinic,
JULIE KRACHT, Licensed Practical Nurse Ste4rling Corrections Medical Clinic,
TOM BULLARD, Sterling Corrections Disciplinary Hearings Officer,
RAYMOND COLE, Sterling Corrections Disciplinary Investigator,
WILLIAM KEISEL, Sterling Corrections Disciplinary Investigator,
THOMAS BOYER, Corrections Officer Segregation,
MICHELLE NYCZ, Shift Commander,
MARK SHERBARTH, Captain of Sort Team,
STEVEN MAY, Unit Lieutenant,
STEVEN HILL, Unit Corrections Officer,
NANCY HILL, Registered Nurse,
CHARITY SMITS, Unit Corrections Officer,
MARK BROADDUS, Associated Warden Sterling Corrections,
JUDY KAIN, Admininstrative Nurse Sterling Corrections Medical Clinic,
GARY GOLDER, Warden Sterling Corrections, and
OTHER JANE AND JOHN DOE[S], Unamed and Unknown, Individually and in their
      Official Capacities,

                Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 7 2005

GREGORY C. LANGHAM
              CLERK

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on July 5, 2005. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if

1

he wishes to pursue this appeal.

(A) **Filing Fee**
    X   is not submitted

(B) **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
    X   is not submitted
    __  is missing affidavit
    __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __  is missing required financial information
    __  is missing an original signature by the prisoner
    __  is not on proper form (must use the court's current form)
    __  other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2